McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Fax: (916) 554-2900
NANCY M. LISEWSKI
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8943
Fax: (916) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHRISTOPHER DEAN ANDERSON, | Case No. 2:06-CV-01692-DAD |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S <u>EX PARTE</u> APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

For good cause shown, Defendant's ex parte application for extension of time to respond to Plaintiff's complaint is hereby APPROVED. Defendant's deadline is extended to DECEMBER 28, 2006.

IT IS SO ORDERED.

DATED: November 27, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/anderson1692.ord