IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DEAN ANDERSON,

      Plaintiff,                                   No.  CIV S-06-1692 DAD

      v.

MICHAEL J. ASTRUE,                    ORDER TO SHOW CAUSE
Commissioner of Social Security,[1]

      Defendant.

_____/

      On August 3, 2006, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time.  The required time has now expired, and plaintiff has not filed a motion for summary judgment and/or remand.  Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the

/////

/////

/////

---

[1] On February 12, 2007, Michael J. Astrue became the Acting Commissioner of Social Security.  Mr. Astrue is substituted as defendant in this suit pursuant to 42 U.S.C. § 405(g) and Fed. R. Civ. P. 25(d)(1).

1

1  filed date of this order why this case should not be dismissed for lack of prosecution.  Failure to <u>timely</u>
2  file the required writing will result in dismissal of the action.
3  DATED: April 12, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:lg
   ddad1/orders.socsec/anderson1692.osc.ftp