IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DEAN ANDERSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

No. CIV S-06-1692 DAD

ORDER

By order filed April 13, 2007, plaintiff was required to show why this case should not be dismissed for lack of prosecution. Plaintiff's counsel has filed a timely response with a motion for summary judgment. It appears that the plaintiff, who filed this action pro se, failed to deliver to counsel all of the documents that were served on him at his address of record on August 3, 2006, and counsel's staff mistakenly believed that no scheduling order had been issued.[1] Good cause appearing, the order to show cause will be discharged.

/////

---

[1] The court's docket accurately reflects that the following documents were filed, docketed, and served on plaintiff on August 3, 2006: Order signed August 2, 2006, granting plaintiff's request to proceed in forma pauperis and directing the Clerk to issue the court's standard scheduling order for social security cases (Doc. #3); Scheduling Order in Social Security Appeal, with attached consent forms and Order Re Consent or Request for Reassignment (Doc. #4); and Summons (Doc. #5).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The court's order to show cause filed April 13, 2007 is discharged; and

2. Plaintiff's Motion for Summary Judgment filed April 25, 2007 is deemed timely.

DATED: April 30, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.socsec/anderson1692.osc.dsch